IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN BUCHANAN,<br><br>    Plaintiff,<br><br>v.<br><br>SAPIENTNITRO ET AL.,<br><br>    Defendants.           / | No. C 12-04870 CRB<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER** |

Now pending before the Court is the parties' stipulation for protective order. The parties' stipulation is DENIED without prejudice to their resubmitting a proposed stipulation that references and complies with Civil Local Rule 79-5, and provides for the sealing of documents only upon order of the Court.

**IT IS SO ORDERED.**

Dated: November 26, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4870\order re stip protect order.wpd