Gary E. Moss, Bar No. 43002
Mary Patricia Hough, Bar No. 104542
LAW OFFICES OF MOSS & HOUGH
1388 Sutter Street, Suite 1210
San Francisco, CA 94109
Telephone:  (415) 399-1110
Facsimile:   (415) 399-1552
Email:        gmoss@mhlegal.net
                   marypat@mhlegal.net

Attorneys for Plaintiff
JAN BUCHANAN

Curtis A. Graham, Bar No. 215745
Robert A. Orozco, Bar No. 201532
Jolina A. Abrena, Bar No. 198683
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:  (213) 237-2400
Facsimile:   (213) 237-2401
E-mail:       cgraham@fordharrison.com
                   rorozco@fordharrison.com
                   jabrena@fordharrison.com

Steven D. Weatherhead, Bar No. 637601
BELLO BLACK & WELSH LLP
125 Summer Street, Suite 1200
Boston, MA 02110
Telephone (617) 247-4100
Facsimile (617) 247-4125
E-mail sweatherhead@belloblack.com
Appearance *Pro Hac Vice*

Attorneys for Defendant
SAPIENTNITRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN BUCHANAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAPIENTNITRO, a division of SAPIENT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.  3:12-cv-04870-CRB<br><br>**ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO CONTINUE (1) INITIAL CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT'S PARTIAL MOTION TO DISMISS THE THIRD CAUSE OF ACTION OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

BELLO BLACK & WELSH LLP

[PROPOSED] ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO CONTINUE (1) INITIAL CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT'S PARTIAL MOTION TO DISMISS THE THIRD CAUSE OF ACTION OF PLAINTIFF'S FIRST AMENDED COMPLAINT

3:12-CV-04870-CRB

It is hereby Ordered and Adjudged as follows:

1. Defendant's Stipulated Motion to Continue (1) Initial Case Management Conference and (2) Hearing on Defendant's Partial Motion to Dismiss the Third Cause of Action of Plaintiff's First Amended Complaint is hereby ALLOWED.

2. Both the Initial Case Management Conference and Hearing on Defendant's Partial Motion to Dismiss the Third Cause of Action of Plaintiff's First Amended Complaint are continued to February 15, 2013.

3. The parties are allowed to file the Joint Case Management Statement by February 8, 2013.

Dated the 11th of January , 2013



United States District Judge
Charles R. Breyer

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO CONTINUE (1) INITIAL CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT'S PARTIAL MOTION TO DISMISS THE THIRD CAUSE OF ACTION OF PLAINTIFF'S FIRST AMENDED COMPLAINT

3:12-CV-04870-CRB

Bello Black & Welsh LLP