1 | GARY E. MOSS, ESQ. (SBN 43002)
MARY PATRICIA HOUGH, ESQ. (SBN 104542)
2 | LAW OFFICES OF MOSS & HOUGH
1388 Sutter Street, Suite 1210
3 | San Francisco, CA  94109
Telephone:    (415) 399-1110
4 | Facsimile:    (415) 399-1552
Email: marypat@mhlegal.net
5 |         gmoss@mhlegal.net

6 | Attorneys for Plaintiff
JAN BUCHANAN
7 |
STEVEN D. WEATHERHEAD, ESQ. (SBN 637601)
8 | BELLO BLACK & WELSH LLP
125 Summer Street, Suite 1200
9 | Boston, MA 02110
Telephone:    (617) 247-4100
10 | Facsimile:    (617) 247-4125
Email: sweatherhead@belloblack.com
11 |
CURTIS A. GRAHAM, ESQ. (SBN 215745)
12 | ROBERT A. OROZCO, ESQ. (SBN 201532)
JOLINA A. ABRENA, ESQ. (SBN 198683)
13 | FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
14 | Los Angeles, CA 90071
Telephone:    (213) 237-2400
15 | Facsimile:    (213) 237-2401
Email: cgraham@fordharrison.com
16 |         rorozco@fordharrison.com
        jabrena@fordharrison.com
17 |
Attorneys for Defendant
18 | SAPIENTNITRO

19 | UNITED STATES DISTRICT COURT

20 |
21 | NORTHERN DISTRICT OF CALIFORNIA

22 | JAN BUCHANAN,                         )   CASE NO.  CV 12-04870 CRB
                                          )
23 |         Plaintiff,                   )   **ORDER GRANTING JOINT MOTION TO**
                                          )   **CONTINU MOTION TO DISMISS HEARING**
24 |    v.                                )   **AND INITIAL CASE MANAGEMENT**
                                          )   **CONFERENCE**
25 | SAPIENTNITRO, a division of SAPIENT  )
CORPORATION and DOES 1 through 20,        )
26 | inclusive,                           )
                                          )
27 |         Defendants.                  )
                                          )
28 |

1

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MOTION
TO DISMISS HEARING AND INITIAL MANAGEMENT CONFERENCE
3:12-CV-04870-CRB

1. It is hereby Ordered and Adjudged as follows:

2. 1. The parties' Joint Motion to Continue Motion to Dismiss Hearing and Initial Case Management Conference is hereby ALLOWED.

3. 2. The Hearing on Defendant's Partial Motion to Dismiss the Third Cause of Action of Plaintiff's First Amended Complaint and Initial Case Management Conference is continued to April 5, 2013 at 10:00 a.m.

Dated the  20th of  February, 2013



2

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MOTION
TO DISMISS HEARING AND INITIAL MANAGEMENT CONFERENCE
3:12-CV-04870-CRB