| | |
|---|---|
| 1 | GARY E. MOSS, ESQ. (SBN 43002) |
| | MARY PATRICIA HOUGH, ESQ. (SBN 104542) |
| 2 | LAW OFFICES OF MOSS & HOUGH |
| | 1388 Sutter Street, Suite 1210 |
| 3 | San Francisco, CA  94109 |
| | Telephone:    (415) 399-1110 |
| 4 | Facsimile:     (415) 399-1552 |
| | Email: marypat@mhlegal.net |
| 5 |            gmoss@mhlegal.net |

GARY E. MOSS, ESQ. (SBN 43002)
MARY PATRICIA HOUGH, ESQ. (SBN 104542)
LAW OFFICES OF MOSS & HOUGH
1388 Sutter Street, Suite 1210
San Francisco, CA  94109
Telephone:    (415) 399-1110
Facsimile:     (415) 399-1552
Email: marypat@mhlegal.net
           gmoss@mhlegal.net

Attorneys for Plaintiff
JAN BUCHANAN

STEVEN D. WEATHERHEAD, ESQ. (SBN 637601)
BELLO BLACK & WELSH LLP
125 Summer Street, Suite 1200
Boston, MA 02110
Telephone:    (617) 247-4100
Facsimile:     (617) 247-4125
Email: sweatherhead@belloblack.com

CURTIS A. GRAHAM, ESQ. (SBN 215745)
ROBERT A. OROZCO, ESQ. (SBN 201532)
JOLINA A. ABRENA, ESQ. (SBN 198683)
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone:    (213) 237-2400
Facsimile:     (213) 237-2401
Email: cgraham@fordharrison.com
          rorozco@fordharrison.com
          jabrena@fordharrison.com

Attorneys for Defendant
SAPIENTNITRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAN BUCHANAN, | ) | CASE NO.  CV 12-04870 CRB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION TO** |
| | ) | **CONTINU MOTION TO DISMISS HEARING** |
| v. | ) | **AND INITIAL CASE MANAGEMENT** |
| | ) | **CONFERENCE** |
| SAPIENTNITRO, a division of SAPIENT | ) | |
| CORPORATION and DOES 1 through 20, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1

It is hereby Ordered and Adjudged as follows:

1. The parties' Joint Motion to Continue Motion to Dismiss Hearing and Initial Case Management Conference is hereby ALLOWED.

2. The Hearing on Defendant's Partial Motion to Dismiss the Third Cause of Action of Plaintiff's First Amended Complaint and Initial Case Management Conference is continued to April 5, 2013 at 10:00 a.m.

Dated the  20th of  February, 2013



United Stat[es]
Cha[rles R. Breyer]

2

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MOTION
TO DISMISS HEARING AND INITIAL MANAGEMENT CONFERENCE
3:12-CV-04870-CRB