GARY E. MOSS, ESQ. (SBN 43002)
MARY PATRICIA HOUGH, ESQ. (SBN 104542)
LAW OFFICES OF MOSS & HOUGH
1388 Sutter Street, Suite 1210
San Francisco, CA  94109
Telephone:    (415) 399-1110
Facsimile:     (415) 399-1552
Email: marypat@mhlegal.net
           gmoss@mhlegal.net

Attorneys for Plaintiff
JAN BUCHANAN

STEVEN D. WEATHERHEAD, ESQ. (SBN 637601)
BELLO BLACK & WELSH LLP
125 Summer Street, Suite 1200
Boston, MA 02110
Telephone:    (617) 247-4100
Facsimile:     (617) 247-4125
Email: sweatherhead@belloblack.com

CURTIS A. GRAHAM, ESQ. (SBN 215745)
ROBERT A. OROZCO, ESQ. (SBN 201532)
JOLINA A. ABRENA, ESQ. (SBN 198683)
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone:    (213) 237-2400
Facsimile:     (213) 237-2401
Email: cgraham@fordharrison.com
           rorozco@fordharrison.com
           jabrena@fordharrison.com

Attorneys for Defendant
SAPIENTNITRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN BUCHANAN, ) | CASE NO.  CV 12-04870 CRB |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER ON JOINT STIPULATION OF** |
| v. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| SAPIENTNITRO, a division of SAPIENT ) | |
| CORPORATION and DOES 1 through 20, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

1     GOOD CAUSE APPEARING THEREFOR,

2     IT IS ORDERED that the above-entitled action is dismissed with prejudice.

5   Dated:  March 22, 2013     _____

6                               **UNITED STATES DISTRICT JUDGE**

*Seal: United States District Court, Northern District of California. IT IS SO ORDERED / Judge Charles R. Breyer (signed)*

2

[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

3:12-CV-04870-CRB