1 | GARY E. MOSS, ESQ. (SBN 43002)
  | MARY PATRICIA HOUGH, ESQ. (SBN 104542)
2 | LAW OFFICES OF MOSS & HOUGH
  | 1388 Sutter Street, Suite 1210
3 | San Francisco, CA  94109
  | Telephone:   (415) 399-1110
4 | Facsimile:   (415) 399-1552
  | Email: marypat@mhlegal.net
5 |         gmoss@mhlegal.net

6 | Attorneys for Plaintiff
  | JAN BUCHANAN
7 |
  | STEVEN D. WEATHERHEAD, ESQ. (SBN 637601)
8 | BELLO BLACK & WELSH LLP
  | 125 Summer Street, Suite 1200
9 | Boston, MA 02110
  | Telephone:   (617) 247-4100
10| Facsimile:   (617) 247-4125
  | Email: sweatherhead@belloblack.com
11|
  | CURTIS A. GRAHAM, ESQ. (SBN 215745)
12| ROBERT A. OROZCO, ESQ. (SBN 201532)
  | JOLINA A. ABRENA, ESQ. (SBN 198683)
13| FORD & HARRISON LLP
  | 350 South Grand Avenue, Suite 2300
14| Los Angeles, CA 90071
  | Telephone:   (213) 237-2400
15| Facsimile:   (213) 237-2401
  | Email: cgraham@fordharrison.com
16|        rorozco@fordharrison.com
  |        jabrena@fordharrison.com
17|
  | Attorneys for Defendant
18| SAPIENTNITRO

19|                   UNITED STATES DISTRICT COURT
20|
21|                   NORTHERN DISTRICT OF CALIFORNIA

22| JAN BUCHANAN,                    )   CASE NO.  CV 12-04870 CRB
                                     )
23|         Plaintiff,                )
                                     )   **ORDER ON JOINT STIPULATION OF**
24|     v.                            )   **DISMISSAL WITH PREJUDICE**
                                     )
25| SAPIENTNITRO, a division of SAPIENT  )
  | CORPORATION and DOES 1 through 20,  )
26| inclusive,                       )
                                     )
27|         Defendants.               )
                                     )
28|
                                    1
[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

3:12-CV-04870-CRB

1  GOOD CAUSE APPEARING THEREFOR,

2  IT IS ORDERED that the above-entitled action is dismissed with prejudice.

5  Dated:   March 22, 2013   _____



**UNITED STATES DISTRICT JUDGE**

IT IS SO ORDERED
Judge Charles R. Breyer

2
[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

3:12-CV-04870-CRB